IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
5:14-CR-00018-KDB

| | | |
|---|---|---|
| USA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| BRENDA WYATT TRIPLETT | ) | |
| | ) | |

**THIS MATTER** is before the Court on the defendant's pro se pleading requesting a sentence reduction pursuant to Amendment 782 to the Sentencing Guidelines. (Doc. No. 28)

This Court has previously ruled that Amendment 782 provides no change in the guideline calculations in this case. (Doc. No. 21: Order denying Sentence Reduction at 1). Additionally, pursuant to USSG §1B1.10(b)(2)(A), if the previous sentence was a variance from the previous guideline range, the term of imprisonment cannot be reduced to less than the amended guideline range.

**IT IS, THEREFORE, ORDERED** that the defendant's motion (Doc. No. 28) is **DENIED**.

The Clerk is directed to certify copies of this Order to the defendant, the Federal Defender, the United States Attorney, the United States Marshals Service, and the United States Probation Office.

Signed: November 6, 2019

Kenneth D. Bell
United States District Judge